IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

KERNELIUS MARQUIS SHEPHERD, SR.     §

VS.                                 §                CIVIL ACTION NO. 1:26-CV-285

UTMB, ET AL.                        §

<u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff Kernelius Marquis Shepherd, Sr., previously confined at the Estelle Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the University of Texas Medical Branch (UTMB), TDCJ Health Services Division, Rebecca L. Coleman, and Dwight Blackshire.  Plaintiff alleges his constitutional rights were violated at the Estelle Unit.

<u>Discussion</u>

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose.  However, under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district where it could have been brought.  Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion.  *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

The Estelle Unit is located in the Houston Division of the United States District Court for the Southern District of Texas.  The court has considered the circumstances and has determined that the interests of justice would be served if the complaint were transferred to the district in which the

claims arose.  Therefore, this action should be transferred to the Southern District of Texas.  It is accordingly

      **ORDERED** that this civil rights action is **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

      SIGNED this 15th day of July, 2026.

                                    _____

                                    Zack Hawthorn
                                    United States Magistrate Judge